UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| THOMAS E. PEREZ, ]<br>Secretary of Labor, ]<br>United States Department of Labor ]<br>    Plaintiff ]<br>]<br>vs. ]<br>]<br>EYE CENTERS OF TENNESSEE, LLC; ]<br>LARRY E. PATTERSON, M.D., an individual; ]<br>RAYMOND K. MAYS, an individual; and the ]<br>EYE CENTERS OF TENNESSEE 401(k) ]<br>PROFIT SHARING PLAN ]<br>    Defendants ] | File No. 2:14-0115 |

NOTICE OF APPEARANCE

Comes Edward M. Yarbrough and J. Alex Little and hereby give notice that they are counsel for Defendant Larry E. Patterson, M.D., an individual, in the above matter.

Respectfully submitted,

BONE MCALLESTER NORTON PLLC

BY: _s/Edward M. Yarbrough_____
EDWARD M. YARBROUGH    BPR #4097

BY: _s/J. Alex Little_____
J. ALEX LITTLE    BPR #29858

Suite 1600 - Nashville City Center
511 Union Street
Nashville, TN 37219
(615) 238-6300

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2015, a copy of the foregoing Notice was filed electronically.

Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

        s/Edward M. Yarbrough
        EDWARD M. YARBROUGH