UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| THOMAS E. PEREZ, | ) | |
| Secretary of Labor, | ) | |
| United States Department of Labor, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:14-cv-0115 |
| v. | ) | Judge Crenshaw |
| | ) | Magistrate Judge Brown |
| EYE CENTERS OF TENNESSEE, LLC; | ) | |
| LARRY E. PATTERSON, M.D., an individual; | ) | |
| RAYMOND K. MAYS, an individual; and the | ) | |
| EYE CENTERS OF TENNESSEE 401(k) | ) | |
| PROFIT SHARING PLAN, | ) | |
| | ) | |
| Defendants. | ) | |

---

### DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EXPERT WITNESS TESTIMONY AND EXPERT REPORT OF HENRY B. GLASCOCK

---

Defendants Eye Centers of Tennessee, LLC ("Eye Centers"), Larry E. Patterson, M.D. and Raymond K. Mays ("Defendants") respectfully move this Court to exclude Plaintiff's expert witness opinion testimony of Henry B. Glascock and his report (the "Glascock Report"). The facts and legal argument supporting this motion are set forth in the accompanying memorandum.

Respectfully submitted,

/s/ Steven C. Douse
Steven C. Douse (BPR # 012896)
Kyle D. Watlington (BPR #033647)
KING & BALLOW
315 Union Street, Suite 1100

Nashville, Tennessee 37201
(615) 726-5434
sdouse@kingballow.com
kwatlington@kingballow.com

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Defendants' Motion in Limine to Exclude Plaintiff's Expert Witness Report and Testimony of Henry B. Glascock has been served this 10th day of July, 2017, by ECF on:

> Karen E. Mock
> Jean Abreu
> Mock.Karen@dol.gov
> Abreu.Jean.C@dol.gov
> Atl.Fedcourt@dol.gov
>
> Robert Delaney
> rdelaney@tewlawfirm.com
>
> Ed Yarbrough
> Alex Little
> eyarbrough@bonelaw.com
> alex.little@bonelaw.com

        /s/ Steven C. Douse_____
        Steven C. Douse